IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHARLENE JACKSON, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:24-CV-1590-N-BW |
| | § | |
| UNITED STATES POSTAL | § | |
| SERVICE, et al., | § | |
| Defendants. | § | Referred to U.S. Magistrate Judge |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Dkt. No. 87.) No objections were filed. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, **DENIES** Plaintiff's motions for default judgment, (Dkt. Nos. 71, 72, 73, 74, 75, 76, 79), and **TERMINATES** Plaintiff's request for entry of default (Dkt. No. 24).

**SO ORDERED**.

Signed April 18, 2025.

_____
DAVID C. GODBEY
United States Chief District Judge