IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHARLENE JACKSON,<br>　　　　Plaintiff, | § § § | |
| V. | § § | No. 3:24-CV-1590-N-BW |
| UNITED STATES POSTAL<br>SERVICE, et al.,<br>　　　　Defendants. | § § § § | Referred to U.S. Magistrate Judge |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Dkt. No. 88.) No objections were filed. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, **DENIES** Plaintiff's motion to compel Equal Employment Opportunity Commission action, (Dkt. No. 69).

**SO ORDERED**.

Signed April 18, 2025.

_____
DAVID C. GODBEY
United States Chief District Judge