IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHARLENE JACKSON, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:24-CV-1590-N-BW |
| | § | |
| UNITED STATES POSTAL | § | |
| SERVICE, et al., | § | |
| Defendants. | § | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and,

(1) **GRANT** Defendant American Postal Workers Union's Rule 12(b)(6) Motion, (Dkt. No. 52), and **DISMISS** Jackson's claim for breach of the duty of fair representation **WITH PREJUDICE**.

(2) **GRANT** Defendant Jimmy Williams's Rule 12(b)(6) Motion and **DISMISS** Jackson's claim for breach of the duty of fair representation **WITH PREJUDICE**.

(3) **GRANT** Defendant USPS, John C Jobrey, Erick X Williams, Ricky W Potts, Raymund P Tibayan, Jessica A Potts's Motion to Dismiss (Dkt. No. 56), and,

    (a) **DISMISS** Jackson's Title VII claims **WITHOUT PREJUDICE** for failure to exhaust administrative remedies;

    (b)    **DISMISS** Jackson's ADEA claim **WITHOUT PREJUDICE** for failure to exhaust administrative remedies;

    (c)    **DISMISS** Jackson's breach of the CBA **WITH PREJUDICE**; and

    (d)    **DISMISS** Jackson's Rehabilitation Act claims **WITHOUT PREJUDICE** for failure to exhaust administrative remedies.

Signed August 19, 2025

_____
David C. Godbey
United States Chief District Judge