IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHARLENE JACKSON, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:24-CV-1590-N-BW |
| | § | |
| UNITED STATES POSTAL | § | |
| SERVICE, et al., | § | |
| Defendants. | § | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and **DENIES** Plaintiff's Motion to Set Aside Judgment Pursuant to Fed. R. Civ. P. 60(b)(3) for Fraud on the Court [130].

**SO ORDERED**.

November 7, 2025.

_____
David C. Godbey
United States Senior District Judge